FRANK A. MITCHELL *vs.* HARRY YERGER and CHARLES W. WHITE.

*Case—Bill of Particulars—Pleading—Practice—Amendment— Withdrawing All Pleas— Waiver by Pleading.*

Upon an application by defendant, for leave to amend by withdrawing all of his pleas, and that the plaintiff be required to file a more specific bill of particulars, the Court granted the leave to amend, but refused to make the order on the plaintiff to file a more specific bill of particulars, on the ground that the defendant had waived his right by pleading after the bill of particulars had been filed.

(*January 9, 1901.*)

LORE, C. J., and GRUBB, J. sitting.

*William S. Hilles* for plaintiff.

*Benjamin Nields* for the defendant Yerger.

Superior Court, New Castle County, November Term, 1900.

ACTION ON THE CASE (No. 123, May Term, 1900).

*Benjamin Nields,* for the defendant Yerger, asked leave to amend by withdrawing all his pleas and then asked that the plaintiff be required to file a more specific bill of particulars.

The Court granted the defendant leave to amend but refused to make the order on the plaintiff to file a more specific bill of particulars, on the ground that the defendant had waived his right by pleading after the bill of particulars had been filed.